IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY JOE NELSON                                                    PLAINTIFF

v.                         Case No. 08-2037

DEPUTY WATERDOWN, *et al.*                                          DEFENDANTS

### ORDER

Now on this 2nd day of June 2009, there comes on for consideration the report and recommendation filed herein on May 29, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendants Judge Cottrell, Prosecuting Attorney Marc McCune and Public Defender Thurman Ragar are DISMISSED as Defendants in this matter.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**